Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs Hames, Hill & Phillips

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1142
FAX (310) 22913-1942
pyates@kayescholer.com
wdowse@kayescholer.com
Attorneys for Defendants Wyeth LLC
And Pharmacia Upjohn Co. LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONNA HAMES & MICHAEL HAMES<br><br>Plaintiffs,<br>vs.<br><br>WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.}<br><br>Defendants. | Case #. 1:10-CV-02392-OWW-DLB<br><br>STIPULATION TO CONTINUE DATES FOR FILING JOINT SCHEDULING STATEMENTS AND INITIAL SCHEDULING CONFERENCES AND ORDER<br><br>Date: June 29, 2011<br>Time: 8:15 AM<br>Courtroom 3 – Judge Oliver W. Wanger |

1

| | |
|---|---|
| CAROL HILL & LEONARD HILL | ) Case #. 1:10-CV-02394-OWW-DLB |
| Plaintiffs, | ) |
| vs. | ) |
| WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.} | ) |
| Defendants. | ) |
| MARIANNE PHILLIPS & WILLIAM PHILLIPS, | ) Case #. 1:10-CV-02395-OWW-DLB |
| Plaintiffs, | ) |
| vs. | ) |
| WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.} | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED BY & BETWEEN ALL PARTIES THAT:

1. The date for Filing a Joint Scheduling Conference Statement in the above captioned cases be continued from June 16 (Hames), June 22 (Hill) and June 23, 2011 (Phillips) to August 11, 2011.

2. The date for the Initial Scheduling Conference be continued from June 23 (Hames), June 29 (Hill) and June 30, 2011 (Phillips) to August 18, 2011.

Respectfully submitted,

DATED: May 2, 2011                BOURDETTE AND PARTNERS


By  /s/ Philip C. Bourdette
   Philip C. Bourdette
   Attorneys for Plaintiffs


DATED: May 2, 2011                KAYE SCHOLER LLP


By: /s/ Wendy S. Dowse
   Wendy S. Dowse
   Attorneys for Defendants

IT IS SO ORDERED.

Dated:  **May 2, 2011**                **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE

Stipulation re Continuing Filing of JSC Statements and Initial Scheduling Conferences – Hames, Hill, Phillips