1 | Pamela J. Yates (State Bar No. 137440)
Email address:  pyates@kayescholer.com
2 | Wendy S. Dowse (State Bar No. 261224)
Email address:  wdowse@kayescholer.com
3 | Julie Belezzuoli (State Bar No. 267302)
Email address: julie.belezzuoli@kayescholer.com
4 | KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
5 | Los Angeles, California  90067
Telephone:  (310) 788-1000
6 | Facsimile:  (310) 788-1200

7 | Attorneys for Defendants

8

9

10 | **UNITED STATES DISTRICT COURT**

11 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12 | **FRESNO DIVISION**

13 | CARLEEN WEST,

14 |         Plaintiff,

15 |       v.

16 | PFIZER INC., et al.

17 |         Defendants.

18 | LOIS FERN ZANYK,

19 |         Plaintiff,

20 |       v.

21

22 | PFIZER INC., et al.

        Defendants.

23

24 | LUCILLE MACIAS,

25 |         Plaintiff,

26 |       v.

27 | PFIZER INC., et al.

28 |         Defendants.

Case No. 1:10-cv-00289-JRG - DLB

**ORDER VACATING TRIAL AND PRE-TRIAL DEADLINES**

Case No. 1:10-cv-00287-JRG-DLB

Case No. 1:10-cv -00282-JRG-DLB

| | |
|---|---|
| PAMELA TURNER,<br><br>        Plaintiff,<br><br>     v.<br><br>PFIZER INC., et al.<br><br>        Defendants. | Case No. 1:10-cv-00288-JRG-DLB |
| CAROL HILL, et al<br><br>        Plaintiff,<br><br>     v.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No. 1:10 -cv-02394-JRG-DLB |
| DONNA HAMES, et al<br><br>        Plaintiff,<br><br>     v.<br><br>WYETH LLC, et al.<br><br>        Defendants. | Case No. 1:10-cv-02392-JRG-DLB |
| DOROTHY SETSER, et al<br><br>        Plaintiff,<br><br>     v.<br><br>WYETH LLC<br><br>        Defendants. | Case No. 1:10-cv-02405-JRG-DLB |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAY UHALT, et al

        Plaintiff,

    v.

WYETH LLC, et al

        Defendants.

NANCY WADDELL, et al

        Plaintiff,

    v.

WYETH INC, et al

        Defendants.

BETTY CRAVEN

        Plaintiff,

    v.

WYETH LLC, et al

        Defendants.

MARIANNE PHILLIPS, et al

        Plaintiff,

    v.

WYETH LLC, et al

        Defendants.

Case No. 1:10-cv-02404-JRG-DLB

Case No. 1:04-cv-06343-JRG-DLB

Case No. 1:10-cv-02382-JRG-DLB

Case No. 1:10-cv-02395-JRG-DLB

3

1  GLORIETTE MCPHERSON                    )   Case No.  1:10-cv-02384-JRG-DLB
                                          )
2          Plaintiff,                     )
                                          )
3      v.                                 )
                                          )
4  WYETH LLC, et al                       )
                                          )
5          Defendants.                    )
                                          )
6                                         )
                                          )
7  ——————————————————                     )
                                          )
8                                         )   Case No. 1:10-cv-02397-JRG-DLB
                                          )
9  VICTORIA POOLE, et al                  )
                                          )
10         Plaintiff,                     )
                                          )
11     v.                                 )
                                          )
12 WYETH LLC, et al                       )
                                          )
13         Defendants.                    )
                                          )
14 ——————————————————                     )
                                          )   Case No. 1:04-cv-06346-JRG-DLB
15 SHIRLEY BOWLES, et al                  )
                                          )
16         Plaintiff,                     )
                                          )
17     v.                                 )
                                          )
18 WYETH INC, et al                       )
                                          )
19         Defendants.                    )
                                          )
20                                        )
                                          )
21                                        )

22

23

24

25

26

27

28

4

**IT IS HEREBY ORDERED that**:

1.     All trial and pre-trial deadlines in the above actions are vacated;

2.     The Parties shall file a joint status report within 60 days informing the Court as to the status of the resolution of these cases, or in the alternative file a joint motion to dismiss within 60 days.


DATED:  April  24, 2012

Joseph R. Goodwin, Chief Judge