1  UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF CALIFORNIA
   FRESNO DIVISION
3

4

5  NANCY WADDELL,                              ) Case No.: 1:04-cv-06343-JRG-DLB
                                               )
6                                              ) ORDER SETTING TRIAL DATE
             Plaintiff,                        )
7                                              )
       vs.                                     )
8                                              )
   WYETH LLC, et al.                           )
9          Defendants.                         )
                                               )
10 _____

11                                             )
   KAY UHALT and STEPHEN UHALT,                ) Case No.: 1:10-cv-02404-JRG-DLB
12                                             )
                                               )
13         Plaintiffs,                         )
                                               )
14     vs.                                     )
                                               )
15 WYETH LLC, et al.                           )
                                               )
16                                             )
           Defendants.                         )
17                                             )
                                               )
18 _____

19 DOROTHY SETSER and HOWARD SETSER,           )
                                               ) Case No.: 1:10-cv-02405-JRG-DLB
20                                             )
           Plaintiffs,                         )
21                                             )
       vs.                                     )
22                                             )
   WYETH LLC, et al.                           )
23         Defendants                          )
                                               )
24                                             )
                                               )
25                                             )
                                               )
26 _____
                                               )
27 CAROL HILL and LEONARD HILL                 ) Case No.: 1:10-cv-02394-JRG-DLB
                                               )
28         Plaintiffs,                         )
                                               )
       vs.                                     )

| | |
|---|---|
| WYETH LLC. et al ) <br> Defendants. ) <br> ) <br> ) | |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> WYETH LLC, et al. ) <br> ) <br> Defendants. ) | Case No.: 1:10-cv-02395-JRG-DLB |
| GLORIETTE MCPHERSON, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> WYETH LLC, et al. ) <br> ) <br> Defendants. ) | Case No.: 1:10-cv-02384-JRG-DLB |
| BETTY CRAVEN and GEORGE CRAVEN, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> WYETH LLC, et al. ) <br> ) <br> Defendants. ) | Case No.: 1:10-cv-02382-JRG-DLB |
| SHIRLEY BOWLES and GERALD BOWLES, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> WYETH LLC, et al. ) | Case No.: 1:04-cv-06346-JRG-DLB |

2

| | | |
|---|---|---|
| 1 | ) | |
| 2 | Defendants. ) | |
| 3 | DONNA HAMES and MICHAEL HAMES ) | Case No.: 1:10-cv-02392-JRG-DLB |
| 4 | ) | |
| 5 | Plaintiffs, ) | |
| 6 | vs. ) | |
| 7 | WYETH LLC, et al. ) | |
| 8 | Defendants. ) | |
| 9 | | |
| 10 | VICTORIA POOLE and DELBERT POOLE ) | Case No.: 1:10-cv-02397-JRG-DLB |
| 11 | ) | |
| 12 | Plaintiffs, ) | |
| 13 | vs. ) | |
| 14 | WYETH LLC, et al. ) | |
| 15 | Defendants. ) | |
| 16 | | |
| 17 | LOIS ZANYK ) | Case No.: 1:10-cv-00287-JRG-DLB |
| 18 | ) | |
| 19 | Plaintiff, ) | |
| 20 | vs. ) | |
| 21 | PFIZER INC., et al. ) | |
| 22 | Defendants. ) | |
| 23 | CARLEEN WEST ) | Case No.: 1:10-cv-00289-JRG-DLB |
| 24 | ) | |
| 25 | Plaintiff, ) | |
| 26 | vs. ) | |
| 27 | PFIZER INC., et al. ) | |
| 28 | ) | |

|  |  |
|---|---|
| Defendants. | ) |
|  |  |
| PAMELA TURNER | ) Case No.: 1:10-cv-00288-JRG-DLB |
| Plaintiff, | ) |
| vs. | ) |
| PFIZER INC., et al. | ) |
| Defendants. | ) |
|  |  |
| LUCILLE MACIAS | ) Case No.: 1:10-cv-00282-JRG-DLB |
| Plaintiff, | ) |
| vs. | ) |
| PFIZER INC., et al. | ) |
| Defendants. | ) |

## O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

4

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER:  September 4, 2012

Joseph R. Goodwin, Chief Judge

5