1
2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

3
4
5  NANCY WADDELL,                           )  Case No.: 1:04-cv-06343-JRG-DLB
                                            )
6                                           )  ORDER SETTING TRIAL DATE
           Plaintiff,                       )
7                                           )
      vs.                                   )
8                                           )
   WYETH LLC, et al.                        )
9          Defendants.                      )
                                            )
10 ─────────────────────────────────────────
11                                          )
   KAY UHALT and STEPHEN UHALT,             )  Case No.: 1:10-cv-02404-JRG-DLB
12                                          )
                                            )
13         Plaintiffs,                      )
                                            )
14    vs.                                   )
                                            )
15 WYETH LLC, et al.                        )
                                            )
16                                          )
                                            )
17         Defendants.                      )
                                            )
18 ─────────────────────────────────────────
19 DOROTHY SETSER and HOWARD SETSER,        )
                                            )  Case No.: 1:10-cv-02405-JRG-DLB
20                                          )
           Plaintiffs,                      )
21                                          )
      vs.                                   )
22                                          )
   WYETH LLC, et al.                        )
23         Defendants                       )
                                            )
24                                          )
                                            )
25                                          )
                                            )
26 ─────────────────────────────────────────
                                            )
27 CAROL HILL and LEONARD HILL              )  Case No.: 1:10-cv-02394-JRG-DLB
                                            )
28         Plaintiffs,                      )
                                            )
      vs.                                   )

| | |
|---|---|
| WYETH LLC. et al )<br>    Defendants. )<br> )<br> )<br> ) | |
| MARIANNE PHILLIPS and WILLIAM PHILLIPS, )<br> )<br>    Plaintiffs, )<br>  vs. )<br>WYETH LLC, et al. )<br> )<br>    Defendants. ) | Case No.: 1:10-cv-02395-JRG-DLB |
| GLORIETTE MCPHERSON, )<br> )<br>    Plaintiff, )<br>  vs. )<br>WYETH LLC, et al. )<br> )<br>    Defendants. ) | Case No.: 1:10-cv-02384-JRG-DLB |
| BETTY CRAVEN and GEORGE CRAVEN, )<br> )<br>    Plaintiffs, )<br>  vs. )<br>WYETH LLC, et al. )<br> )<br>    Defendants. ) | Case No.: 1:10-cv-02382-JRG-DLB |
| SHIRLEY BOWLES and GERALD BOWLES, )<br> )<br>    Plaintiffs, )<br>  vs. )<br>WYETH LLC, et al. ) | Case No.: 1:04-cv-06346-JRG-DLB |

|    |                                              |                                    |
|----|----------------------------------------------|------------------------------------|
| 1  |                                       )      |                                    |
| 2  |         Defendants.                   )      |                                    |
| 3  | DONNA HAMES and MICHAEL HAMES         )      | Case No.: 1:10-cv-02392-JRG-DLB    |
| 4  |                                       )      |                                    |
| 5  |         Plaintiffs,                   )      |                                    |
| 6  |     vs.                               )      |                                    |
| 7  | WYETH LLC, et al.                     )      |                                    |
| 8  |         Defendants.                   )      |                                    |

1   )
2           Defendants.                                    )
3   DONNA HAMES and MICHAEL HAMES                          )   Case No.: 1:10-cv-02392-JRG-DLB
4                                                          )
5           Plaintiffs,                                    )
6       vs.                                                )
7   WYETH LLC, et al.                                      )
8           Defendants.                                    )
9
10  VICTORIA POOLE and DELBERT POOLE                       )   Case No.: 1:10-cv-02397-JRG-DLB
11                                                         )
12          Plaintiffs,                                    )
13      vs.                                                )
14  WYETH LLC, et al.                                      )
15          Defendants.                                    )
16
17  LOIS ZANYK                                             )   Case No.: 1:10-cv-00287-JRG-DLB
18                                                         )
19          Plaintiff,                                     )
20      vs.                                                )
21  PFIZER INC., et al.                                    )
22          Defendants.                                    )
23  CARLEEN WEST                                           )   Case No.: 1:10-cv-00289-JRG-DLB
24                                                         )
25          Plaintiff,                                     )
26      vs.                                                )
27  PFIZER INC., et al.                                    )
28                                                         )

3

|  |  |
|---|---|
| Defendants. | ) |
| PAMELA TURNER | ) ) Case No.: 1:10-cv-00288-JRG-DLB |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| PFIZER INC., et al. | ) ) ) |
| Defendants. | ) ) |
| LUCILLE MACIAS | ) ) Case No.: 1:10-cv-00282-JRG-DLB |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| PFIZER INC., et al. | ) ) ) |
| Defendants. | ) ) |

## O R D E R

On July 5, 2012, following repeated assurances from the parties that these matter have been settled, I ordered the parties to file a joint motion to dismiss within 30 days of entry of the order. [ECF 56.] I warned that if the parties did not file a joint motion to dismiss within 30 days, the court would enter a new Scheduling Order in this matter with court chosen deadlines, including a trial date in the coming months. To date, the parties have not filed a joint motion to dismiss.

It is **ORDERED** that trial will begin in these matters on **February 5, 2013**, beginning with the case of *Waddell v. Wyeth LLC, et al. 1:04-cv-6343*. It is further **ORDERED** that the parties submit a proposed Scheduling Order containing the above trial date and any remaining necessary pretrial deadlines (excluding hearing dates for motions for summary judgment, *Daubert*

4

motions, the pretrial conference and the final settlement conference, which the court will set) for my signature by **September 11, 2012.**

ENTER: September 4, 2012

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge